**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOURDES SILVA MARISCAL,<br><br>Plaintiff(s),<br><br>v.<br><br>RAJNIKANT BHARADWA, et al.,<br><br>Defendant(s). | Case No. CV-17-6060-R<br><br>**ORDER OF DISMISSAL**<br>**BY LACK OF PROSECUTION** |

Plaintiff was ordered to show cause in writing by not later than December 6, 2017 why this action should not be dismissed for lack of prosecution. Plaintiff, in response to the Order to Show Cause, filed a Declaration with a request for the Court to order the United States Marshal Service to serve the complaint. No good cause was shown and Plaintiff's request was DENIED.

WHEREAS, the period has elapsed without proper service of the complaint and summons within the time frame allowed by Federal Rules of Civil Procedure 4(m); and, the period has elapsed without any good cause shown to warrant an extension;

The Court hereby DISMISSES the instant case for lack of prosecution.

Dated: December 11, 2017

HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE